# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| Jimmy Allen Roberts, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:16-cv-00034-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| Betty Brown | ) | |
| Frank L. Perry | ) | |
| Mike Slagle, | ) | |
| | ) | |
| Defendant. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 1, 2017 Order.

August 1, 2017

_____

Frank G. Johns, Clerk
United States District Court